IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. 8:03CR328 |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | |
| ) | ORDER |
| GABRIELA GAMA-NIEVES,  ) | |
| ) | |
| Defendant.  ) | |

This matter is before the Court on the Defendant's motion for status of 2255 motion (Filing No. 27) and motion for sentence adjustment (Filing No. 28).

On December 20, 2004, the Court denied the Defendant's motion brought pursuant to 28 U.S.C. § 2255 (Filing Nos. 25, 26). Therefore, the motion for status (Filing No. 27) is granted, and the Court advises the Defendant that her § 2255 motion was denied.

The Defendant's motion for an adjustment to her sentence (Filing No. 28) is denied.

IT IS ORDERED:

1. The Defendant's motion for status of 2255 motion (Filing No. 27) is granted, and the Defendant is advised that her § 2255 motion was denied;

2. The Clerk is directed to mail a copy of the Memorandum and Order and separate Judgment (Filing Nos. 25 and 26) to the Defendant at the address appearing at Filing No. 27; and

3. The Defendant's motion for sentence adjustment (Filing No. 28) is denied.

DATED this 8th day of June, 2005.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge